UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEWART TITLE GUARANTY COMPANY,

  Plaintiff,

v.             Case No. 09-CV-10510

GREAT LAKES TITLE OF MICHIGAN, INC.,
et al.,

  Defendants.
              /

**ORDER DIRECTING FACILITATION**

  During a status conference on April 29, 2009, the Plaintiff Stewart Title Guaranty Company ("Stewart") and Defendant Great Lakes Title of Michigan, Inc., et al. ("Great Lakes") informed the court that the possibility of settlement depended, at least in part, on the outcome of another case in which Great Lakes is currently a party, *Great Lakes Title of Michigan, Inc. v. Axis Surplus Insurance Co.*, No. 08-13034.  During a telephone conference on May 1, 2009, Stewart, Great Lakes, and the defendant/counter-plaintiff in *Great Lakes*, Axis Surplus Insurance Co. ("Axis") agreed to submit to facilitation before attorney Brian Einhorn.  By agreement of the parties, the costs of the facilitation will be shared equally, each party to pay one-third of the total costs.  Accordingly,

  IT IS ORDERED that Stewart and Great Lakes are DIRECTED to submit to facilitation with Axis before attorney Brian Einhorn on or before **June 12, 2009**.

  IT IS FURTHER ORDERED that Stewart and Great Lakes will each pay one-third of the total costs of the facilitation.  A separate order will issue in *Great Lakes*.

Finally, IT IS ORDERED that discovery proceedings are STAYED until further order of the court.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 20, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\09-10510.STEWARTTITLE.Facilitation.ljd.wpd